

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00057-CV

**IN THE INTEREST OF L.A.A.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-17882
Honorable Janet P. Littlejohn, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice

Delivered and Filed:  September 9, 2015

DISMISSED FOR WANT OF PROSECUTION

Appellant Dawn Renee Garza's brief was originally due May 20, 2015. We granted appellant an extension until July 24, 2015, to file the brief. Neither the brief nor a motion for extension of time has been filed. On August 5, 2015, we ordered appellant to file, on or before August 24, 2015, her appellant's brief and a written response reasonably explaining (1) her failure to timely file the brief and (2) why appellee was not significantly injured by appellant's failure to timely file a brief. We warned that if appellant failed to file a brief and the written response by the date ordered, we would dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1). Appellant failed to respond to our order. Therefore, we dismiss this appeal for want of prosecution. Costs of appeal are taxed against appellant.

PER CURIAM